UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

LEONID PRAZDNIK, *on behalf of himself and all others similarly situated,*

    Plaintiff,

-against-

MATTY & MERK, LLC,

    Defendant.

Case No.: 18-CV-00615

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, MATTY & MERK, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Lawrence R. Cohan, Esq.
Anapol Schwartz Weiss Cohan Feldman & Smalley
130 N 18th St Suite 1600
Philadelphia, Pa 19103
Telephone: (215) 790-4567
lcohan@anapolschwartz.com

Date: 7/23/18

SO ORDERED

_____
U.S.D.J.

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 7/23/18

Date: 7/24/18

Emailed to counsel
J. Bendal.  7/24/18